

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  ATLANTIC BROOM SERVICE, INC., *et al.,*  Debtors | Ch. 11  22-10173-JEB  Jointly Administered |

## Proceeding Memorandum and Order

**MATTER:**

#63 (Originally filed on 4/25/2022 in Case No. 22-10547) Motion filed by Debtor ATL Municipal Sales, LLC to Borrow Money on Secured Basis with SouthStar Financial, LLC

Hearing held. For the reasons set forth on the record, the Court will grant the Motion on an interim basis by separate order. As set forth in the separate order, the Debtor will be authorized to borrow up to $138,500 on the terms set forth in the Motion pending a final hearing. A final hearing on the Motion will be held on **May 18, 2022, at 11:30 a.m.** The hearing will be conducted by video. The Order Regarding Nonevidentiary Video Hearings dated February 16, 2022 shall govern the hearing. Any pro se parties or counsel must provide the Notice of Participation required under Paragraph II, 2 of the order by **May 16, 2022 at 12:00 p.m.** to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov.

The Debtor shall by **May 4, 2022,** submit the proposed form of order in Word format by email to jeb@mab.uscourts.gov.

The Debtor is responsible for: 1) serving a copy of this Order upon the Subchapter V Trustee, the United States Trustee, Two Diamond Capital Corp., and all parties that have appeared in the case; and 2) filing a certificate of such service by **May 5, 2022**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 5/3/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge