UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

ATLANTIC BROOM SERVICE, INC., *et al.*,

Debtors.

Chapter 11
Case No. 22-10173-JEB

Jointly Administered

## INTERIM ORDER ON EMERGENCY MOTION OF DEBTOR TO BORROW MONEY ON A SECURED BASIS

This matter came before me on the Emergency Motion to Borrow Money On A Secured Basis (the "Financing Motion") filed by ATL Municipal Sales, LLC, one of the within debtors ("ATL"). Pursuant to the Financing Motion, ATL seeks authority to borrow funds from SouthStar Financial, LLC ("SouthStar") (i) secured by all assets of ATL except for avoidance actions, and (ii) otherwise on the terms of the proposed loan agreements ("Loan Agreements") attached to the Financing Motion. ATL filed affidavits of Clement G. Kiley ("Kiley Affidavits"), the manager of ATL, in support of the Financing Motion.

Notice of the Financing Motion was given to the United States Trustee, all of ATL's creditors, the Internal Revenue Service and the Massachusetts Department of Revenue, as well as all creditors holding secured claims against the debtor, Atlantic Broom Service, Inc. ("Atlantic Broom"), the 20 largest unsecured creditors of Atlantic Broom and the Subchapter V Trustee of Atlantic Broom. An objection ("Objection") to the Motion was filed by Two Diamond Capital Corp. ("Two Diamond").

An initial hearing was held on the Financing Motion on May 3, 2022. As more fully set forth on the record, based on the representations of ATL in the Motion, the Kiley Affidavits, and the arguments of counsel at the hearing, the Court finds that the interim borrowing as provided in

this order is necessary to avoid immediate and irreparable harm. Having considered the foregoing, good cause being shown, it is

**ORDERED THAT**:

1. The Financing Motion is GRANTED on an interim basis pending final hearing as provided in this Order. The Objection is overruled as to the interim relief granted, provided however that such Objection remains outstanding as to any further borrowing sought by the Financing Motion.

2. ATL is authorized to enter into the Loan Agreements with SouthStar in accordance with the terms provided in the Financing Motion and this Order for the period through May 18, 2022.

3. Pending final hearing on the Financing Motion, ATL is authorized to borrow money from SouthStar pursuant to the terms of the Loan Agreements up to a maximum amount of $138,500, subject to the terms of this Order, for the period through May 18, 2022.

4. SouthStar shall have a first position senior secured security interest against all the assets of ATL, except as provided in paragraph 5 below, to secure all amounts borrowed and related fees and expenses up to $138,500, pending a final hearing on the Financing Motion.

5. Notwithstanding anything contained in the Loan Agreements, SouthStar shall not be granted a security interest in any avoidance actions pursuant to sections 544, 545, 547, 548, 549 or 550 of the Bankruptcy Code.

6. Notwithstanding anything contained in the Loan Agreements, the provisions contained in paragraph 11(a)(v) of the Factoring Agreement (as defined in the Financing Motion) shall not apply during the pendency of these Chapter 11 proceedings.

7. Nothing herein shall constitute a final determination of the Financing Motion, or preclude any creditor or party in interest from timely objecting to the Financing Motion prior to a final hearing. No such objection shall affect the grant of security for any funds borrowed pursuant to this Order prior to the final hearing and SouthStar will be afforded the benefits and protections of this Order for funds advanced pursuant to this Order prior to the final hearing.

8. A further hearing on the Financing Motion shall be held on **May 18, 2022, at 11:30 a.m.** by video. Any further objections to the Motion shall be filed with the Court and served on all interested parties by **May 17, 2022, at 12:00 p.m.**

9. The Order Regarding Nonevidentiary Video Hearings dated February 16, 2022, shall govern the hearing. Any pro se parties or counsel must provide the Notice of Participation required under Paragraph II, 2 of the order by **May 16, 2022, at 4:30 p.m.** to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov.

10. ATL shall provide a copy of this Order to all of its secured creditors, the United States Trustee, the Internal Revenue Service and Massachusetts Department of Revenue, and to the secured creditors of Atlantic Broom, the 20 largest unsecured creditors of Atlantic Broom, the Subchapter V Trustee of Atlantic Broom and all persons having requested notice in this case and the Atlantic Broom case by email, fax or overnight mail no later than **May 6, 2022**, and file a certificate of service thereof no later than **May 6, 2022**.

Dated: May 4, 2022
Boston, Massachusetts

_Janet E. Bostwick_
Janet E. Bostwick
United States Bankruptcy Judge