

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  ATLANTIC BROOM SERVICE, INC., *et al.,*  Debtors | Ch. 11  22-10173-JEB  Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

#63 Motion of Debtor to Borrow Money on Secured Basis with SouthStar Financial, LLC (J. Bodoff)

**Decision set forth more fully as follows:**

Hearing held. For the reasons set forth on the record, the Motion is granted on an interim basis as provided in this Order. The debtor ATL Municipal Sales, LLC ("ATL") is authorized to borrow funds from SouthStar Financial, LLC through **July 8, 2022**, on the same terms and conditions set forth in the Interim Order on Emergency Motion of Debtor to Borrow Money on a Secured Basis dated May 4, 2022, except as modified by this Order. The Debtor is limited to borrowing the amount authorized by prior orders of the Court, such that the total borrowings shall not exceed $250,000.

To secure any such borrowing, SouthStar Financial, LLC shall have (i) a first position senior security interest in the accounts and inventory of ATL, and (ii) a security interest in general intangibles including the customer list that is junior to any security interests of Two Diamond Capital Corp. and Massachusetts Growth Capital Corporation, to the extent such security interests are valid, perfected and enforceable. Nothing in this order shall constitute a determination of the extent or scope of any security interests of Two Diamond Capital Corp. and Massachusetts Growth Capital Corporation in the assets of ATL, and all parties' rights are reserved, provided that no later determination shall affect the grant of security provided to SouthStar Financial, LLC for any funds borrowed pursuant to this Order.

A further hearing on the Motion will be held on **July 7, 2022, at 2:00 p.m.** The hearing will be conducted by video. The Order Regarding Nonevidentiary Video Hearings dated February 16, 2022, shall govern the hearing. Any pro se parties or counsel must provide the Notice of Participation required under Paragraph II, 2 of the order by **July 5, 2022**, to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov.

ATL is responsible for serving this Order on all parties entitled to notice and filing a certificate of such service by **June 30, 2022**. If ATL fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 6/28/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge