UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re<br><br>ATLANTIC BROOM SERVICE, INC.<br>ATL MUNICIPAL SALES, LLC<br><br>Debtors. | Chapter 7<br>Case No. 22-10173-JEB<br><br>Jointly Administered |

### NOTICE OF INTENDED PRIVATE SALE OF ASSETS OF THE ESTATE OF DEBTOR ATLANTIC BROOM, SOLICITATION OF COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND VIDEO HEARING DATE
[Assets of Atlantic Broom Service, Inc.]

To Creditors and Parties in Interest:

**NOTICE** is hereby given, pursuant to 11 U.S.C. Section 363(b)(1), Fed. R. Bankr. P. 2002(a)(2) and 6004, and M.L.B.R. 2002-5 and 6004-1, that David B. Madoff, the Chapter 7 Trustee (the "Trustee") of Atlantic Broom Service, Inc. (the "Debtor"), intends to sell, at private sale, free and clear of all liens and other monetary interests, to United Rotary Brush Corporation (the "Buyer"), all of the right, title and interest in and to substantially all assets of the Debtor, excluding all potential causes of action against third parties as set forth in the Asset Purchase Agreement.

**THE OFFER:** The Trustee has received an offer to purchase the Property from the Buyer for the sum of $588,000.00 (the "Sale Price"), plus potential additional amounts based on Buyer's sales.

**THE PROPOSED BUYER:** The proposed Buyer is United Rotary Brush Corporation. The Buyer is disinterested as defined in Section 101(14) of the Bankruptcy Code and has no relationship to the Trustee.

1

**THE SALE DATE:**  The sale shall take place on a mutually agreeable time within five (5) days after the entry of a Bankruptcy Court Order approving the sale.  The proposed Buyer has paid a deposit in the sum of $25,000.00.  The terms of the proposed sale are more particularly described in the Trustee's Motion for Authority to Sell Assets Free and Clear By Private Sale (the "Sale Motion") filed with the Court on September 6, 2022, and a written Purchase and Sale Agreement (the "Sale Agreement"), which is available upon request from the undersigned.

**SALE FREE AND CLEAR OF LIENS:**  The Property will be sold free and clear of all liens, claims and encumbrances.

**COUNTEROFFERS OR OBJECTIONS:**  Any objections to the sale and/or any higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at the J.W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, on or before **September 30, 2022, at 4:30 PM** (the "Objection Deadline").  A copy of any objection or higher offer also shall be served at the same time on the undersigned.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

Through this Notice, higher offers for the Property are hereby solicited.  Any higher offer must exceed the Sale Price by at least five percent (5%) (i.e., the cash portion of such higher offer must be in an amount not less than $617,400.00) and must otherwise be on the same or better terms as the Sale Agreement, and be accompanied by a cash deposit of $25,000 in the form of a certified or bank check made payable to the order of "David B. Madoff, Chapter 7 Trustee" (the "Bid Deposit").  In order for any higher offer to be considered, the higher offer must be filed with the Court and served upon the undersigned by the Objection Deadline, and the

Bid Deposit must be submitted to the undersigned by the same date. Any unsuccessful bidder will receive the return of its deposit. Higher offers must be on the same terms and conditions provided in the Sale Agreement, other than the purchase price.

**HEARING:** A video hearing on the Sale Motion, objections or higher offers is scheduled to take place on **October 6, 2022, at 3:00 PM** before the Honorable Janet E. Bostwick, United States Bankruptcy Judge. The **hearing will be held by video** and not in person. The Order Regarding Nonevidentiary Video Hearings dated **February 16, 2022**, shall govern the hearing. Any pro se parties or counsel must provide the **Notice of Participation** required under Paragraph II, 2 of the order to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov.

Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Sale Motion or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale, the Court may: (i) consider any requests to strike any higher offer; (ii) determine further terms and conditions of the sale: (iii) determine the requirements for further competitive bidding; and (iv) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offer.

**DEPOSIT:** The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the purchaser approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next higher bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

Respectfully submitted this 8th day of September 2022.

DAVID B. MADOFF, TRUSTEE

By his attorneys,

*/s/ David B. Madoff*
David B. Madoff (BBO#552968)
Nina M. Parker (BBO#389990)
MADOFF & KHOURY LLP
124 Washington St., Suite 202
Foxborough, MA  02035
(508) 543-0040
madoff@mandkllp.com