

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ATLANTIC BROOM SERVICE, INC., *et al.,* <br> Debtors | Ch. 7 <br> 22-10173-JEB <br><br> Jointly Administered |

### Order

**MATTER:**

#164 Motion filed by Trustee David B. Madoff (A) for Authority to Sell Assets of Atlantic Broom Service, Inc's Estate by Private Sale free and clear of liens under Section 363(f) Re: Substantially All Assets of the Debtor and (B) Approve Compromises with Landlord and Secured Creditor in Connection with Such Sale

At the hearing on September 14, 2022, the Trustee made an oral motion to accelerate the hearing on the above Motion. The oral motion is granted as follows:

1. The hearing on the Motion **is rescheduled to September 21, 2022 at 10:00 a.m. by video**. The Order Regarding Nonevidentiary Video Hearings dated February 16, 2022, shall govern the hearing. Any pro se parties or counsel must provide the Notice of Participation required under Paragraph II, 2 of the order by **September 20, 2022**, to the Courtroom Deputy, Regina Brooks, at Regina_Brooks@mab.uscourts.gov.

2. The deadline for raising objections and or submitting counteroffers **is shortened to September 21, 2022 at 10:00 a.m.** Counteroffers may be submitted at the hearing. Objections may also be raised at the hearing.

3. At the hearing, the Court will also consider any motion filed by a potential bidder or creditor to extend the deadline for counteroffers or objections to the original deadline.

4. The Trustee shall by **September 15, 2022**, give notice of the rescheduled hearing and deadlines to all creditors and potential bidders by (i) serving a copy of this Order by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the deadlines, the rescheduled hearing date and the contents of this Order followed by service of a copy of this Order

by first class mail, postage prepaid. The Trustee shall file a certificate of service (including the manner of service) by **September 15, 2022**.

Dated: 9/14/2022

By the Court,

*Janet E. Bostwick*
Janet E. Bostwick
United States Bankruptcy Judge