

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ATLANTIC BROOM SERVICE, INC., *et al.,* <br> Debtors | Ch. 7 <br> 22-10173-JEB <br><br> Jointly Administered |

**Order**

**MATTER:**

#181 Motion filed by Trustee David B. Madoff to Set Bar Date

Having reviewed the Motion and good cause being shown, the Motion is granted as follows.

1. Any person or entity that asserts an administrative claim that arose during the Chapter 11 proceedings for goods or services, including for professional fees, must by **December 9, 2022,** ("Administrative Bar Date") file a request for payment or application for compensation.

2. The request for payment or application for compensation must be (i) filed with the Clerk's Office, United States Bankruptcy Court, JW McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and (ii) served upon the Chapter 7 Trustee, David B. Madoff, Esq., Madoff & Khoury LLP, 124 Washington Street, Suite 202, Foxborough, MA 02035. Any application for compensation must comply with the Bankruptcy Rules and MLBR.

3. Any person or entity that asserts a Chapter 11 administrative claim but fails to file a request for payment or application for compensation by the Administrative Bar Date shall be forever barred from asserting such claim against the estate or the Debtor.

4. The Trustee shall give notice of the Administrative Bar Date by sending all creditors and parties in interest a Notice substantially in the form attached to the Motion.

5. The Trustee shall serve the Notice and file a certificate of service by **October 18, 2022.**

Dated: 10/14/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge